**Motion GRANTED and Order filed March 21, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00047-CV

———————

## IN RE MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC AND MARQUETTE TRANSPORTATION COMPANY LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-80504**

---

## ORDER

On January 26, 2022, relators Marquette Transportation Company Gulf-Inland, LLC and Marquette Transportation Company LLC, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Tanya Garrison, Judge of the 157th District Court, in Harris County, Texas, to set aside her

order dated November 17, 2021, in trial court cause number 2020-80504, styled *Gerald Simon v. Marquette Transportation Company, LLC, et al*.

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On February 25, 2022, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2020-80504, *Gerald Simon v. Marquette Transportation Company, LLC, et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.